# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152930(17)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOHN GUZMAN,
     Defendant-Appellant.
_____/

SC: 152930
COA: 329709
St. Clair CC: 03-002285-FH

     On order of the Chief Justice, the motion of defendant-appellant to file brief in support of his application for leave to appeal in excess of the page limit restriction is GRANTED. The 60-page brief submitted on December 28, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2016

